Integrity Trust Company, Trustee, Appellant, *v.* St. Rita's Building & Loan Association.

Argued January 9, 1935. Before Frazer, C. J., Simpson, Kephart, Schaffer, Maxey, Drew and Linn, JJ.

520

*Wayne P. Rambo,* with him *J. Channing Ellery* and *Robert Mair,* for appellant.

*Hugh McAnany* and *Andrew J. Schroder, 2d,* for appellee, were not heard.

PER CURIAM, February 4, 1935:

The judgment of the Superior Court is affirmed upon the learned opinion by Judge KELLER, which will be found in 112 Pa. Superior Court Reports beginning at page 343.